# (June 16, 1959)

■ In the Matter of BERNARD R. OLSEN, Petitioner, against GEORGE M. BRAGALINI, as Commissioner of Taxation and Finance of the State of New York, Respondent.— Determination unanimously confirmed and the petition

dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.